

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00731-CR

Stephanie M. **TREJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CR-0086W
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 18, 2015.

_____
Rebeca C. Martinez, Justice